United States District Court
Southern District of Texas
**ENTERED**
April 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Terrance Holliday, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-0359 |
| | § | |
| Joel F. Shaw Partnership | § | |
| and State Eagle Ent., Inc., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 15, 2024, Plaintiff, Terrance Holliday, filed a Notice of Voluntary Dismissal (docket no. 6) stipulating to the voluntary dismissal of this action with prejudice against Defendants, Joel F. Shaw Partnership and State Eagle Ent., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the notice and this action is hereby **DISMISSED WITH PREJUDICE** against Defendants, Joel F. Shaw Partnership and State Eagle Ent., Inc..

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 15th day of April, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE